IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD E. GEORGE, | ) | CASE NO. 1-03-CV-1712 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| DONALD CLELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | **MEMORANDUM OPINION** |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. (ECF Docket No. 125) recommending that the Court dismiss the Amended Complaint against Defendant John Doe, M.D., the only remaining defendant in the case.

The Court adopts the recommendation of the Magistrate Judge. For the reasons stated by the Magistrate Judge, the Amended Complaint is hereby dismissed against Defendant John Doe, M.D.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: May 17, 2005